

**COUNTY OF MERCER**
**OFFICE OF COUNTY COUNSEL**
McDADE ADMINISTRATION BUILDING
640 SOUTH BROAD STREET
P.O. BOX 8068
TRENTON, NEW JERSEY 08650-0068
(609) 989-6511
(609) 392-8625 Fax

**BRIAN M. HUGHES**
COUNTY EXECUTIVE

KELVIN S. GANGES
CHIEF OF STAFF

LILLIAN L. NAZARRO,
ESQ.
COUNTY ADMINISTRATOR

PAUL R. ADEZIO
COUNTY COUNSEL

May 22, 2022

*Via CM/ECF*
Clerk
United States District Court
4th & Cooper Streets
Camden, NJ 08101

        Re: Williams v. Murphy, et al.
           Case No. 19-cv-15775 (KMW) (MJS)
           Rule 16 conference date: June 23, 2022

Dear Sir/Madam:

    This office represents Defendants Mercer County CPOs Negron, McKnight, Williams and Grier in the captioned matter.

    Per recent docket entries, the Court's notices to Plaintiff Jonathan D. Williams are apparently being returned as undelivered. Please be advised that per the Mercer County Corrections Center, the following is Mr. Williams's current address:

    Jonathan D. Williams, SBI #476388, CCIS #07 – 580237
    c/o Essex County Corrections Center
    354 Doremus Avenue
    Newark, NJ 07105

    Please call me with any questions. Thank you.

                Yours truly,
                *s/ Paul R. Adezio*
                Paul R. Adezio
                Mercer County Counsel

PRA/yme